SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:  (415) 544-1900
Facsimile:  (415) 391-0281
ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; MAVERICK RECORDING CO.; WARNER BROS. RECORDS INC.; ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; CAPITOL RECORDS, INC.; BMG MUSIC; and INTERSCOPE RECORDS

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>Defendants. | CASE NO. C 05-3521 CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

Upon the Motion for Administrative Relief of Plaintiffs for Leave to Take Immediate Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, the Declaration of Sheila M. Salomon, and Plaintiffs' Request for Judicial Notice, it is hereby:

1  ORDERED that Plaintiffs may serve immediate discovery on Covad
2  Communications Co. to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena
3  that seeks information sufficient to identify each Doe Defendant, including the name, address,
4  telephone number, e-mail address, and Media Access Control addresses for each Defendant. The
5  disclosure of this information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).
6      IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
7  response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
   *in this lawsuit*
8  Plaintiffs' rights under the Copyright Act.
9      Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus
10  cannot pursue their lawsuit to protect their copyrighted works from repetitive, rampant
11  infringement. *This ruling is without prejudice to a*
12  *determination of whether there is proper joinder of the Doe defendants.*
13  Dated: 18 Oct 05                                    _____
                                                         United States District Judge

Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828

Shook,
Hardy &
Bacon
www.shb.com

91933v1

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C 05-3521 CRB