SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:      (415) 544-1900
Facsimile:      (415) 391-0281
ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; MAVERICK RECORDING CO.; WARNER BROS. RECORDS INC.;
ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; CAPITOL RECORDS,
INC.; BMG MUSIC; and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and INTERSCOPE RECORDS, a California general partnership, | Case No. C 05-3521 CRB  **NOTICE OF DISMISSAL** |
|               Plaintiffs, | |
|     v. | |
| DOES 1-4, | |
|               Defendants. | |

SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco
California 94104-2828

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs MOTOWN RECORD

2  COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.;

3  MAVERICK RECORDING CO.; WARNER BROS. RECORDS INC.; ELEKTRA

4  ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; CAPITOL RECORDS, INC.; BMG

5  MUSIC; and INTERSCOPE RECORDS (hereinafter "Plaintiffs") hereby voluntarily dismiss previously

6  named Defendants DOES # 1-4.

7   Plaintiffs' causes of action against Defendants DOES # 1-4 are hereby voluntarily dismissed

8  without prejudice.

9

10  Dated: January 23, 2006                    SHOOK, HARDY & BACON L.L.P.

11

12                                             By:    ___/s/ Andrew L. Chang____
                                                      ANDREW L. CHANG

13

14

15                                             Attorneys for Plaintiffs
                                               MOTOWN RECORD COMPANY, L.P.; SONY
16                                             BMG MUSIC ENTERTAINMENT; UMG
                                               RECORDINGS, INC.; MAVERICK
17                                             RECORDING CO.; WARNER BROS.
                                               RECORDS INC.; ELEKTRA
18                                             ENTERTAINMENT GROUP INC.; ARISTA
19                                             RECORDS LLC; CAPITOL RECORDS, INC.;
                                               BMG MUSIC; and INTERSCOPE RECORDS
20

21

22  January 24, 2006

23

24

25

26

27

28                                                           NOTICE OF DISMISSAL
                                                             Case No. C 05-3521 CRB



*Sidebar (vertical text):* SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco
California 94104-2828

97602v1